IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM J. NEUFIELD,<br><br>            Plaintiff,<br><br>      vs.<br><br>MACK WIMBISH, et al.,<br><br>            Defendant. | No. CV-F-04-6579 REC/DLB P<br><br>ORDER VACATING<br>RECOMMENDATION FOR DISMISSAL<br>OF ACTION (Doc. 12) AND<br>REMANDING TO MAGISTRATE<br>JUDGE FOR FURTHER<br>PROCEEDINGS, INCLUDING RE-<br>SERVICE OF PRIOR ORDERS |

On March 9, 2005, the United States Magistrate Judge recommended that the court dismiss this action because of plaintiff's failure to timely comply with a court order and to prosecute this action.

No objections to the recommendation have been filed. The court notes that all prior orders and the recommendation filed in this action were returned as undeliverable. However, on April 12, 2004, plaintiff filed a notice of change of address. Because this action is in the preliminary review stage, the court will allow plaintiff to proceed with this action. However, the court

1

advises plaintiff that he must promptly inform the court of his current address and that the failure to do so may result in the dismissal of this action for lack of prosecution.

ACCORDINGLY, the recommendation for dismissal of this action filed on March 9, 2005 is vacated.  This action is remanded to the Magistrate Judge for further proceedings, including the re-service of prior orders issued in this action.

IT IS SO ORDERED.

**Dated:  April 15, 2005**               /s/ Robert E. Coyle
668554                                   UNITED STATES DISTRICT JUDGE

2