UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| WILLIAM J. NEUFELD, | ) | 1: 04 CV F 6579 REC DLB P |
| Plaintiff, | ) | |
| v. | ) | ORDER REQUIRING PLAINTIFF TO SUBMIT USM 285 FORMS |
| MACK WIMBISH, et al., | ) | |
| Defendants. | ) | |

Plaintiff is a state prisoner proceeding pro per and in forma pauperis with a civil rights action pursuant to 42 U.S.C. section 1983. Plaintiff's complaint filed November 18, 2004 appears to state a cognizable claim for relief pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b). Accordingly, IT IS HEREBY ORDERED that:

    1. Service is appropriate for the following defendants:

    **VOTH**

    **FISHER**

    **BARRAJAS**

    **CHASE**

    2. The Clerk of the Court shall send plaintiff four (4) USM-285 forms, four (4) summons, an

1  instruction sheet and a copy of the complaint filed November 18, 2004.

2     3. Within thirty days from the date of this order, plaintiff shall complete the attached Notice
3  of Submission of Documents and submit the completed Notice to the court with the following
4  documents:

5     a. Completed summons;
6     b. One completed USM-285 form for each defendant listed above; and
7     c. Five (5) copies of the endorsed complaint filed November 18, 2004.

8     4. Plaintiff need not attempt service on defendants and need not request waiver of service.
9  Upon receipt of the above-described documents, the court will direct the United States Marshal to
10 serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of
11 costs.

12    5. Plaintiff's failure to comply with this order may result in sanctions, including dismissal of
13 this action.  Local Rule 11-110.

14    IT IS SO ORDERED.

15 **Dated:   May 5, 2005**            /s/ Dennis L. Beck
   3b142a                    UNITED STATES MAGISTRATE JUDGE