UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM J. NEUFELD,<br><br>        Plaintiff,<br><br>vs.<br><br>MACK WIMBISH, et al.,<br><br>        Defendants. | 1:04-cv-06579-REC-DLB-P<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATION** (Doc. 18)<br><br>**ORDER DISMISSING CERTAIN DEFENDANTS** |

    Plaintiff, William J. Neufeld ("plaintiff"), a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

    On May 5, 2005, the Magistrate Judge filed Findings and Recommendation herein which were served on the parties and which contained notice to the parties that any objections to the Findings and Recommendation were to be filed within fifteen (15) days.  To date, plaintiff has not filed objections to the Magistrate Judge's Findings and Recommendation.

//

1 In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendation to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation, filed May 5, 2005, are ADOPTED IN FULL;

2. Defendants Wimbish and Wahl are DISMISSED from this action for plaintiff's failure to state a claim upon which relief may be granted; and,

3. This action proceed only against defendants Voth, Fisher, Barrajas, and Chase on plaintiff's Eighth Amendment claim.

IT IS SO ORDERED.

**Dated: July 14, 2005**            **/s/ Robert E. Coyle**
668554                              UNITED STATES DISTRICT JUDGE