UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM J. NEUFELD, JR., | 1:04-cv-06579-LJO-DLB-P |
| Plaintiff, | **ORDER ADOPTING FINDINGS AND RECOMMENDATION** (Doc. 42) |
| vs. | **ORDER DISMISSING ACTION** |
| MACK WIMBISH, et al., | |
| Defendants. / | |

Plaintiff, William J. Neufeld, Jr. ("plaintiff"), a prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On July 10, 2007, the Magistrate Judge filed Findings and a Recommendation herein which were served on the parties and which contained notice to the parties that any objections to the Findings and Recommendation were to be filed within fifteen (15) days. To date, the parties have not filed objections to the Magistrate Judge's Findings and Recommendation.

//

1    In accordance with the provisions of 28 U.S.C.
§ 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a <u>de novo</u> review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendation to be supported by the record and by proper analysis.

   Accordingly, IT IS HEREBY ORDERED that:

   1.   The Findings and Recommendation, filed July 10, 2007, are ADOPTED IN FULL; and,

   2.   This action is DISMISSED for plaintiff's failure to prosecute.

IT IS SO ORDERED.

**Dated:   August 31, 2007**             /s/ Lawrence J. O'Neill
                                         UNITED STATES DISTRICT JUDGE

2